UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Bridgeport Music Inc., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:05-0186 |
| ) | Judge Todd J. Campbell |
| Frozen Soap Songs, et al., ) | Magistrate Judge Joe B. Brown |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Plaintiffs Bridgeport Music Inc. and Westbound Records, Inc. hereby give notice of filing of the attached Proposed Agreed Order to Extend Time within which to consummate settlement.

DATED: December 16, 2005         Respectfully submitted,

                                 KING & BALLOW


                                   /s/ Richard S. Busch
                                 Richard S. Busch, BPR #14594
                                 1100 Union Street Plaza
                                 315 Union Street
                                 Nashville, TN  37201
                                 (615) 259-3456

                                 Attorneys for Plaintiffs Bridgeport
                                 Music Inc. and Westbound Records, Inc.